IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF IOWA
CEDAR RAPIDS DIVISION

| | |
|---|---|
| JOANNA M. ENGELKEMIER, | ) |
| Plaintiff, | ) No. 15 cv 77 EJM |
| vs. | ) ORDER |
| CAROLYN W. COLVIN, ACTING COMMISSIONER OF SOCIAL SECURITY, | ) |
| Defendant. | ) |

This matter is before the court on plaintiff's consented Motion for Attorney Fees, filed May 17, 2016. Granted.

On March 11, 2016, the court entered judgment for plaintiff, reversing and remanding the case back to the Commissioner. The motion for attorney fees under the Equal Access to Justice Act, 28 U.S.C. §2412(d), is in order.

It is therefore

ORDERED

Granted. Plaintiff is awarded attorney fees of $4,114.25 pursuant to 28 U.S.C. § 2412(d), to be paid directly to the plaintiff by the Social Security Administration.

May 31, 2016

Edward J. McManus, Judge
UNITED STATES DISTRICT COURT